61721. BOWERS v. THE STATE.

BIRDSONG, Judge.
Our judgment in *Bowers v. State,* 159 Ga. App. 257 (283 SE2d 53) wherein we held that a worthless check issued in payment for services rendered over two months after those services had been completed was for a present consideration where the check was issued in response to the first billing for those services, has been reversed by the Supreme Court (*Bowers v. State,* 248 Ga. 714 (285 SE2d 702)).

Inasmuch as the evidence did not foreclose that the worthless check was issued for a past consideration, the evidence was not sufficient to support a conviction under Ga. L. 1968, pp. 1249, 1288; 1975, pp. 482, 483; 1977, pp. 1266, 1267 (Code Ann. § 26-1704 (a)). The conviction and judgment are reversed in conformity with the judgment of the Supreme Court.

*Judgment reversed. Shulman, P. J., and Sognier, J., concur.*

DECIDED FEBRUARY 11, 1982.

*Patrick J. Rice, David B. Bell,* for appellant.
*Sam B. Sibley, Jr., District Attorney, William H. Lumpkin, Charles R. Sheppard, Assistant District Attorneys,* for appellee.